JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY HERNANDEZ, | ) Case No. CV 12-265-RGK (SP) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| M.D. McDONALD, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 9, 2015

*Gary Klausner*

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE